## Irving L. Cohen, Appellant, v. Walter J. Cummings, Receiver of Chicago Railways Company et al., Appellees.

Gen. No. 43,615.

432

opinion
filed February 5, 1947; released for publication February 21, 1947. Joseph Barbera and Earle E. Friedlander, for appellant; James O. Dwight, Thomas M. Morris and Arthur J. Donovan, for appellees; William J. Flaherty, of counsel. Opinion by JUSTICE KILEY. **Not to be published in full.**